# United States Court of Appeals for the Federal Circuit

## 2011-1521: ICON HEALTH V OCTANE FITNESS

U.S. District Court
District of Minnesota
Judge Ann D. Montgomery

Lower Court/Agency #:  09-CV-0319
Nature of Suit:  830
Case Type:  Civil Private
DCT Type:  Infringement
Basis of Jurisdiction:  Federal Question

Notice of Appeal and Certified List Received:  08/09/2011
Notice of Appeal Filed:  08/04/2011
Docketed and Notice Sent to Parties:  08/10/2011
Certified List Filed:  08/10/2011

Consolidated appeal:  2011-1636 (Disp.: 10/24/2012)

| Date | Event Summary |
|---|---|
|  | Nothing Due |
| 11/10/2011 | Appellant Principal Brief Filing Date |
| 01/27/2012 | Appellee or Cross Appellant Principal Brief Filing Date |
| 04/02/2012 | Appellant Reply Brief Filing Date |
| 05/03/2012 | Appellee or Cross Appellant Reply Brief Filing Date |
| 05/14/2012 | Appendix Filing Date |
| 08/07/2012 | Oral Argument Date/Calendared |
| 10/24/2012 | Disposition:  Affirmed; Panel |
| 01/03/2013 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-1521: ICON HEALTH V OCTANE FITNESS

## List of Parties/Representation

**Party Type/Name**                **Represented by**

**Plaintiff-Appellant**

Icon Health & Fitness, Inc.        David R. Wright
   Workman Nydegger
   1000 Eagle Gate Tower
   60 East South Temple
   Salt Lake City, UT  84111
   Phone #: (801)533-9800
   Fax #: (801)328-1707
   Email: dwright@wnlaw.com
   Bar admit: 11/18/1992
   EOA Filed: 08/23/2011
   Principal Attorney

   Larry R. Laycock
      Workman Nydegger
      Email: llaycock@wnlaw.com
      Bar admit: 07/22/1991
      EOA Filed: 07/25/2012

   David R. Todd
      Workman Nydegger
      Email: dtodd@wnlaw.com
      Bar admit: 08/07/1998
      EOA Filed: 08/23/2011

   C. J. Veverka
      Workman Nydegger
      Email: cveverka@wnlaw.com
      Bar admit: 02/11/2005
      EOA Filed: 08/23/2011

# United States Court of Appeals for the Federal Circuit

## 2011-1521:  ICON HEALTH V OCTANE FITNESS

| Party Type/Name | Represented by |
|---|---|
| **Defendant/Cross Appellant** | |
| Octane Fitness, LLC | Rudolph A. Telscher, Jr.<br>　Harness, Dickey & Pierce, PLC<br>　7700 Bonhomme Avenue<br>　Suite 400<br>　St. Louis, MO  63105<br>　Phone #: (314)726-7500<br>　Fax #: (314)726-7501<br>　Email: rtelscher@hdp.com<br>　Bar admit: 10/16/1992<br>　EOA Filed: 08/24/2011<br>　Principal Attorney<br><br>Kara R. Fussner<br>　Harness, Dickey & Pierce, PLC<br>　Email: kfussner@hdp.com<br>　Bar admit: 09/09/2004<br>　EOA Filed: 08/24/2011 |

# United States Court of Appeals for the Federal Circuit

## 2011-1521:  ICON HEALTH V OCTANE FITNESS

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 08/10/2011 | F | 1 | Appeal docketed on 08/10/2011. EOD(08/10/2011 by SJ) 2011-1521 |
| 08/10/2011 | O | 2 | Official Caption.  Court Service - 08/10/11.  Filed: 08/10/11. REV(08/10/11 by SJ)  2011-1521 |
| 08/23/2011 | O | 3 | Entry of Appearance for David R. Wright as principal counsel on behalf of the appellant, Icon Health & Fitness Inc.  Mail Service - 08/22/11.  Filed: 08/23/11. REV(08/24/11 by SCN) 2011-1521 |
| 08/23/2011 | O | 4 | Entry of Appearance for C.J. Veverka as counsel on behalf of the appellant, Icon Health & Fitness Inc.  Mail Service - 08/22/11.  Filed: 08/23/11. REV(08/24/11 by SCN)  2011-1521 |
| 08/23/2011 | O | 5 | Entry of Appearance for David R. Todd as counsel on behalf of the appellant, Icon Health & Fitness Inc.  Mail Service - 08/22/11.  Filed: 08/23/11. REV(08/24/11 by SCN)  2011-1521 |
| 08/23/2011 | O | 6 | Docketing Statement for the appellant, Icon Health & Fitness Inc.  Mail Service - 08/22/11.  Filed: 08/23/11. REV(08/23/11 by EO)  2011-1521 |
| 08/23/2011 | O | 7 | Certificate of Interest for appellant Icon Health & Fitness, Inc. Mail Service - 08/22/11.  Filed: 08/23/11. REV(08/24/11 by SCN)  2011-1521 |
| 08/25/2011 | O | 8 | Entry of Appearance for Rudolph A. Telscher Jr. as principal counsel on behalf of the appellee, Octane Fitness LLC.  Mail Service - 08/24/11.  Filed: 08/24/11. REV(08/29/11 by SCN) 2011-1521 |
| 08/25/2011 | O | 9 | Entry of Appearance for Kara R. Fussner as counsel on behalf of the appellee, Octane Fitness LLC.  Mail Service - 08/24/11. Filed: 08/24/11. REV(08/29/11 by SCN)  2011-1521 |
| 08/25/2011 | O | 10 | Docketing Statement for the appellee, Octane Fitness LLC. Mail Service - 08/24/11.  Filed: 08/24/11. REV(08/25/11 by EO)  2011-1521 |
| 08/26/2011 | O | 11 | Certificate of Interest for appellee Octane Fitness, LLC.  Mail Service - 08/24/11.  Filed: 08/24/11. REV(08/29/11 by SCN) 2011-1521 |

# United States Court of Appeals for the Federal Circuit

## 2011-1521: ICON HEALTH V OCTANE FITNESS

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 09/15/2011 | O | 12 | Amended Certificate of Interest of appellee Octane Fitness, LLC  Mail Service - 08/29/11.  Filed: 09/09/11. REV(09/15/11 by SCN)  2011-1521 |
| 09/28/2011 | O | 13 | Appellee Octane Fitness, LLC, Certificate of Compliance with FCR 11(d).  Mail Service - 09/26/11.  Filed: 09/26/11. REV(09/28/11 by MDB)  2011-1521 |
| 09/30/2011 | O | 14 | Appellant Icon Health & Fitness, Inc., Certificate of Compliance with FCR 11(d).  Mail Service - 09/26/11.  Filed: 09/27/11. REV(09/30/11 by MDB)  2011-1521 |
| 10/03/2011 | M | 15 | Appellant [Icon Health & Fitness, Inc.] - Unopposed Motion for a 30-day extension of time to file its opening brief.  Mail Service - 09/30/11. Filed: 10/03/11. On consent. Action on Motion (16): Granted.  Brief is due November 10, 2011. by Clerk. Filed: 10/03/11. EOD(10/03/11 by LRP)  2011-1521 |
| 11/10/2011 | B | 17 | Icon Health & Fitness, Inc. [Appellant] - Brief for Appellant Icon Health & Fitness, Inc. Mail Service-11/10/11. Filed: 11/10/11.  REV(11/16/11 by C_C)  2011-1521 |
| 11/22/2011 | M | 18 | Appellee [Octane Fitness, LLC] - Octane Fitness, LLC's Unopposed Motion for a 21-Day Extension of Time to File Its Responsive Brief [NPF]  Mail Service - 11/21/11. Filed: 11/22/11. Action on Motion (22): Motion granted to the extent that Octane's principal and responsive brief is due on January 13, 2012. Icon's reply & responsive brief and Octane's reply brief will be due in accordance w/F.R.A.P. 28.1(f). by Clerk. Filed: 01/10/12. EOD(11/22/11 by LB)  REV(01/10/12 by LS)  2011-1521 |
| 01/05/2012 | M | 19 | Appellant [Icon Health & Fitness, Inc.] - Unopposed Motion for a 14-day extension of time to file responsive brief.  Mail Service - 01/04/12. Filed: 01/05/12. On consent. Action on Motion (23): Motion granted to the extent that Octane's principal and responsive brief is due on January 13, 2012. Icon's reply & responsive brief and Octane's reply brief will be due in accordance w/F.R.A.P. 28.1(f). by Clerk. Filed: 01/10/12. EOD(01/05/12 by LRP)  REV(01/10/12 by LS)  2011-1521 |
| 01/10/2012 | O | 20 | Ordered: The motion to consolidate 2011-1521 with 2011-1636 is granted. The revised official caption is reflected in the order.  By: Clerk.  Court Service - 01/10/12.  Filed: 01/10/12.  REV(01/10/12 by LS)  2011-1521 |

# United States Court of Appeals for the Federal Circuit

## 2011-1521: ICON HEALTH V OCTANE FITNESS

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 01/10/2012 | O | 21 | Official caption revised pursuant to this court's order dated January 10, 2012. Court Service - 01/10/12. Filed: 01/10/12. REV(01/10/12 by LS)  2011-1521 |
| 01/10/2012 | O | 24 | Note to File: appeals 2011-1521 and 2011-1636, docketed on 8/10/11 and 9/30/11, respectively, are consolidated  No Service Required.  Entered: 01/10/12. REV(01/10/12 by LB)  2011-1521 |
| 01/10/2012 | O | 25 | Ordered: The motion for an extension of time is granted. Octane Fitness' opening and responsive brief is due January 27, 2012. By: Clerk.  Court Service - 01/10/12.  Filed: 01/10/12. REV(01/10/12 by LS)  2011-1521 |
| 01/30/2012 | B | 26 | Octane Fitness, LLC [Cross-Appellant] - Brief for Defendant-Cross Appellant Octane Fitness, LLC. Mail Service-01/27/12. Filed: 01/27/12.  REV(02/03/12 by C_C)  2011-1521 |
| 02/28/2012 | M | 27 | Appellant [Icon Health & Fitness, Inc.] - Unopposed Motion for a 21-day extension of time to file its reply brief.  Mail Service - 02/27/12. Filed: 02/28/12. On consent. Action on Motion (28): Motion granted. ICON's response and reply brief is due April 2, 2012. by Clerk. Filed: 03/02/12. EOD(02/28/12 by LRP) REV(03/02/12 by LS)  2011-1521 |
| 04/02/2012 | B | 29 | Icon Health & Fitness, Inc. [Appellant] - Response and Reply Brief of Appellant icon Health & Fitness, Inc. Mail Service-04/02/12. Filed: 04/02/12.  REV(04/02/12 by SEW)  2011-1521 |
| 04/12/2012 | M | 30 | Cross-Appellant [Octane Fitness, LLC] - Unopposed Motion for a 14-day extension of time to file its reply brief. Filed: 04/12/12. On consent. Action on Motion (31): Granted.  Reply brief is due May 3, 2012. by Clerk. Filed: 04/12/12. EOD(04/12/12 by LRP)  2011-1521 |
| 05/04/2012 | B | 32 | Octane Fitness, LLC [Appellee] - Reply Brief for Defendant-Cross Appellant Octane Fitness, LLC. Mail Service-05/03/12. Filed: 05/03/12. [Confidential and Nonconfidential versions] REV(05/04/12 by SEW)  2011-1521 |
| 05/14/2012 | O | 33 | Joint Statement of Compliance with FCR 33.  Mail Service - 05/11/12.  Filed: 05/14/12. REV(05/14/12 by MDB)  2011-1521 |
| 05/14/2012 | B | 34 | Icon Health & Fitness, Inc. [Appellant] - Appendix (Two Volumes). Mail Service-05/14/12. Filed: 05/14/12. [Confidential and Nonconfidential versions]  REV(05/14/12 by SEW)  2011-1521 |

# United States Court of Appeals for the Federal Circuit

## 2011-1521: ICON HEALTH V OCTANE FITNESS

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 05/14/2012 | B | 35 | Icon Health & Fitness, Inc. [Appellant] - Supplementary Video Recording Media Appendix. Mail Service-05/14/12. Filed: 05/14/12. REV(08/07/12 by BW) 2011-1521 |
| 06/04/2012 | O | 36 | Letter of counsel for appellant Icon Health & fitness, Inc. requesting that oral argument not be set for August 10; prefers August 6 to 8 for argument due to 8/10 conflict. (Senior Deputy Clerk noted) Mail Service - 06/01/12. Received: 06/04/12. REV(06/04/12 by KSH) 2011-1521 |
| 06/22/2012 | O | 37 | NOTICE OF CALENDARING issued. Panel: 1208C on August 7, 2012. Entered: 06/22/2012. (EOD 06/22/2012 by KSH) 2011-1521 |
| 07/11/2012 | O | 38 | Response to Oral Argument Order from the cross appellant, Octane Fitness LLC, stating that Rudolph A. Telscher Jr. will argue. Mail Service - 07/10/12. Received: 07/11/12. REV(07/11/12 by EO) 2011-1521 |
| 07/13/2012 | M | 39 | Appellant [Icon Health & Fitness, Inc.] - Unopposed Motion for Leave to File Entry of Appearance for Larry R. Laycock and to File an Accompanying Response to the Oral Argument Order. [NPF] Mail Service - 07/12/12. Filed: 07/13/12. On consent. Action on Motion (41): Granted. by Merits Panel. Filed: 07/25/12. EOD(07/13/12 by KSH) REV(07/25/12 by KSH) 2011-1521 |
| 07/17/2012 | O | 40 | Cross Appellant Octane Fitness, LLC's Notice of Intent to Use Visual Aids at Oral Argument. (Sent to Panel) Mail Service - 07/16/12. Received: 07/17/12. REV(07/17/12 by KSH) 2011-1521 |
| 07/25/2012 | O | 42 | Entry of Appearance for Larry R. Laycock as counsel on behalf of the appellant, ICON Health and Fitness Inc. Mail Service - 07/16/12. Filed: 07/25/12. REV(07/30/12 by AD_) 2011-1521 |
| 07/25/2012 | O | 43 | Response to Oral Argument Order from the appellant, ICON Health and Fitness Inc., stating that Larry R. Laycock will argue. Mail Service - 07/16/12. Received: 07/25/12. REV(07/25/12 by EO) 2011-1521 |
| 08/07/2012 | O | 44 | Submitted after ORAL ARGUMENT by Larry R. Laycock and Rudolph A. Telscher, Jr. Panel: Rader, Newman and Lourie. Entered: 08/07/2012. (EOD 08/07/2012 by KSH) 2011-1521 |

# United States Court of Appeals for the Federal Circuit

## 2011-1521: ICON HEALTH V OCTANE FITNESS

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 10/24/2012 | D | 45 | Disposition: Affirmed by Panel. Nonprecedential Opinion by: J. Lourie. Judgment Entered: 10/24/12. No costs.  Opinion sent to parties: 10/24/12. Filed: 10/24/12. Mandate issued to the DCT: 01/03/13. REV (01/03/13 by LAW) 2011-1521 |
| 11/09/2012 | O | 46 | Appellee Octane Fitness' Bill of Costs against appellant.  Mail Service - 11/07/12.  Filed: 11/07/12. REV(11/09/12 by LRP) 2011-1521 |
| 11/21/2012 | P | 47 | Cross-Appellant [Octane Fitness, LLC] - Petition for Rehearing En Banc  Mail Service-11/21/12. Filed: 11/21/12. Circulated to Panel for consideration as a Petition for Rehearing: 11/21/12. En Banc circulated: 12/10/12. Petition/En Banc Action(48): Denied/Denied on 12/27/12. REV(12/27/12 by LB)  2011-1521 |
| 01/03/2013 | O | 49 | Costs taxed against the appellant, Icon Health & Fitness, Inc. in the amount of $1218.00.  Court Service - 01/03/13.  Entered: 01/03/13. REV(01/03/13 by LAW)  2011-1521 |
| 04/01/2013 | O | 50 | Notice from the Clerk of the Supreme Court of the United States that a petition for a writ of certiorari was filed on March 27, 2013 and placed on the docket as No. 12-1184, Octane Fitness, LLC v. Icon Health & Fitness, Inc.  No Service Required.  Received: 03/29/13. REV(04/01/13 by LB)  2011-1521 |
| 04/01/2013 | S | 51 | Petition for Writ of Certiorari filed 03/29/13, Supreme Court #: 12-1184.  REV(04/01/13 by LB)  2011-1521 |